# EXHIBIT B

# The Children's Place Terms and Conditions

**PLEASE NOTE: THESE TERMS AND CONDITIONS CONTAIN A MANDATORY ARBITRATION CLAUSE AND CLASS ACTION WAIVER. THE CLAUSE AND WAIVER AFFECT HOW DISPUTES WITH THE CHILDREN'S PLACE ARE RESOLVED. BY ACCEPTING THESE TERMS AND CONDITIONS, YOU AGREE TO BE BOUND BY THESE PROVISIONS. PLEASE READ THEM CAREFULLY.**

This website (the "Site") is operated by The Children's Place, Inc. ("The Children's Place"). These terms and conditions (the "Terms") govern your use of the Site and the services, applications, content, and products of The Children's Place (collectively, the "Site") and all offers made by The Children's Place, all purchases and orders placed by you and all agreements concluded between us in relation to the products and services offered on this Site, unless otherwise noted in these Terms.

Please read these Terms carefully because your use of the Site constitutes your agreement to follow and be bound by these Terms. If you do not agree to these Terms, you should not access or use the Site. The Children's Place reserves the right to make changes to the Site and to these Terms from time to time.

When we make changes, we will post them here. We encourage you to review these Terms when you use our Site because by visiting the Site, you agree to accept any such changes. The Children's Place provides you with access to and use of the Site subject to your compliance with the Terms. No material from the Site may be copied, reproduced, republished, uploaded, posted, transmitted or distributed in any way, except as specifically permitted on the Site.

**Last updated:** October 2022

## Ownership

Unless otherwise noted, the content on this Site, such as images, graphics, text, illustrations, trademarks, trade names, service marks, logos, software, information from our licensors, and other materials ("Materials and Content"), is the property of The Children's Place or its subsidiaries and affiliates or that of its suppliers or licensors and is protected by patent, trademark and/or copyright under United States and/or foreign laws. Except as otherwise provided on the Site or in these Terms, you may not use, download, upload, copy, print, display, perform, reproduce, publish, modify, delete, add to, license, post, transmit or distribute any Materials and Content from this Site in whole or in part, for any public or commercial purpose without the specific prior written permission of The Children's Place. We grant you a personal, limited, nonexclusive, nontransferable license to access the Site and to use the information and services contained here solely for your personal, noncommercial use as described below. To the fullest extent permitted by applicable law, we reserve the right, for any reason or for no reason, in our sole discretion and without notice to you, to revise the products and services described on the Site and to terminate, change, suspend or discontinue any aspect of the Site, including, but not limited to, the Materials and Content on the Site as well as features and/or hours of availability of the Site, and we will not be liable to you or to any third party for doing so. We may also impose rules for and limits on use of the Site or restrict your access to part, or all, of the Site without notice or penalty. One or more patents may apply to this Site, including without limitation: U.S. Patent Nos. 5,528,490; 5,761,649; 7,908,173; and 7,908,176

## User Content and Conduct

The Site may permit the submission of content, information, text, images, recordings, audio content, videos or other communications submitted by User ("User Content"), as well as the distribution of such User Content to other users of the Site. Except as provided under Submission of Ideas (below), by submitting User Content, you grant The Children's Place, its agents, licensees, and assigns an irrevocable, perpetual, non-exclusive right and permission to reproduce, encode, store, copy, transmit, publish, post, broadcast, display, publicly perform, adapt, modify, create derivative works of, exhibit, and otherwise use the User Content as-is or as-edited (with or without using your name) in any media throughout the world for any purpose now existing or hereinafter developed, without limitation, and without additional review, compensation, or approval from you. In addition, The Children's Place has no obligation to keep any User Content confidential.

With respect to all User Content that you submit, you represent and warrant that: (i) you own or have the necessary licenses, rights, consents, and permissions to grant the right set forth in the preceding paragraph; (ii) the User Content does not infringe any patent, trademark, trade secret, copyright or other proprietary right of any other party; (iii) the User Content does not violate the rights of any person or entity (including, without limitation, intellectual property rights and privacy rights); (iv) the User Content is not misleading or inaccurate; (v) the User Content is not unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, pornographic, profane, libelous, invasive of another's privacy, aimed at gender, race, color, ethnicity, sexual orientation, national origin, religious views, or disability, hateful or bashing, otherwise objectionable, or in violation of local, state, national, or international law; (vi) the User Content is not an advertisement or solicitation of business; (vii) the User Content does not disrupt the normal flow of dialogue and is not unrelated to the topic being discussed (unless it is clear the discussion is free-form); (viii) you will not submit or post a chain letter or pyramid scheme; (ix) you will not impersonate another person; (x) you will not distribute viruses or other harmful computer code; (xi) you will not harvest or otherwise collect information about others, including email addresses, without their consent; (xii) you will not post the same User Content more than once or "spamming"; (xiii) you will not engage in any other conduct that restricts or inhibits any other person from using or enjoying the Site, or which, in the judgment of The Children's Place, exposes The Children's Place or its subsidiaries and affiliates to any liability or detriment of any type and (xiv) all User Content does and will comply with these Terms.

The Children's Place is not responsible for, and does not endorse, User Content posted by any member. We cannot be held liable, directly or indirectly, for any loss or damage caused to you in connection with any User Content posted by another member. You are solely responsible for the User Content you submit or post, the consequences of providing User Content, and your reliance on any User Content.

To the fullest extent permitted by applicable law, The Children's Place reserves the right (but is not obligated) to: (i) remove or edit any User Content from the Site at any time, for any lawful reason (including, but not limited to, upon receipt of claims or allegations from third parties or authorities relating to such User Content); (ii) record conversations, postings, and User Content on the Site; and (iii) monitor, edit, or disclose any User Content, regardless of whether such User Content violates these Terms of Use. Without limiting the foregoing, The Children's Place has the right to fully cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or other information of anyone posting any materials on or through the Service. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YOU WAIVE AND HOLD HARMLESS THE CHILDREN'S PLACE AND ITS AFFILIATES AND EACH OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, LICENSORS AND PARTNERS FROM ANY NOTIFICATIONS, CLAIMS, LOSSES OR DAMAGES RESULTING FROM ANY ACTION TAKEN BY THE CHILDREN'S PLACE AND ITS AFFILIATES AND VENDORS DURING OR AS A RESULT OF ITS INVESTIGATION OF NOTIFICATIONS OR CLAIMS BY THIRD PARTIES OR LAW ENFORCEMENT AUTHORITIES AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF SUCH NOTIFICATIONS OR CLAIMS.

## Submission of Ideas

The Children's Place does not accept or review unsolicited ideas, suggestions, proposals or materials, including but not limited to ideas regarding new or improved products, designs or artwork, advertising or marketing campaigns, or technologies (the "Submission"). Notwithstanding such policy, any Submission communicated to The Children's Place through this Site or otherwise shall be the sole and exclusive property of The Children's Place without any compensation to you and may be used or redistributed by The Children's Place for any purpose and in any way without any compensation to you. The Children's Place has no obligation to return the Submission to you or respond to you in any way and no obligation to keep the Submission confidential.

## Access

The Site may be used only for lawful purposes and is available only for your personal, noncommercial use, which shall be limited to viewing the Site, purchasing products, providing information to the Site and downloading product information for your personal review. The Children's Place may impose limits on certain features and services offered on the Site or restrict your access to parts or all of the Site without notice of liability. You acknowledge that from time to time the Site may be inaccessible or inoperable for any reason.

You take full responsibility for your participation on the Site. As a condition of using certain features of the Site, you may be required to register on the Site and/or select a Username (User ID) and password. You must provide accurate, complete and updated registration information. Your failure to do so will constitute a breach of the Terms, which may result in immediate termination of your account. You may not (i) select or use as a User ID a name of another person with the intent to impersonate that person, or use as a User ID a name subject to any rights of a person other than the User without appropriate authorization. The Children's Place reserves the right to refuse registration of, or cancel, a User ID in its sole discretion. You are responsible for maintaining the confidentiality of your User ID and password.

The Children's Place specifically prohibits any unlawful or disruptive use of the Site.

## Security Rules

Violations of system or network security may result in civil or criminal liability. You are prohibited from violating or attempting to violate the security of the Site, including, without limitation, (i) accessing data not intended for you or logging on to a Company server or account that you are not authorized to access; or (ii) attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization (or succeeding in such an attempt).

## Product and Pricing Information

Although The Children's Place has made every effort to display our products and their colors as accurately as possible, the displayed colors of the products depend upon the monitor of the User, and The Children's Place cannot guarantee that the User's monitor will accurately portray the actual colors of the products. Products displayed may be out of stock or discontinued, and prices are subject to change. To the fullest extent permitted by applicable law, The Children's Place is not responsible for typographical errors regarding price or any other matter.

# COPYRIGHT PROTECTION – Notice and Take Down Procedures

If you believe any User Content on the Site infringes your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Copyright Agent with the following information in writing:

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works are claimed to have been infringed at the Site and are covered by a single notification, a representative list of such works; Identification of the material that is claimed to be infringing or to be the subject of the infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material; Information reasonably sufficient to permit us to contact you, such as an address, telephone number, and, if available, an electronic email address at which you may be contacted;

A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and A statement that the information in the notification is accurate, and under penalty of perjury, that you are the copyright owner or authorized to act on behalf of the owner of an exclusive right that is allegedly infringed; and

A physical or electronic signature of the copyright holder or a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. The designated Copyright Agent for The Children's Place to receive notification of claimed infringement is the Office of the General Counsel at The Children's Place, Attn: Office of the General Counsel, 500 Plaza Drive, Secaucus, NJ 07094 or dmcalegal@childrensplace.com. You acknowledge that if you fail to comply with all of the requirements of this Section, your DMCA notice may not be valid.

In an effort to protect the rights of copyright owners, we maintain a policy for the termination, in appropriate circumstances, of members who are repeat infringers.

IMPORTANT NOTE: THE PRECEDING INFORMATION IS PROVIDED EXCLUSIVELY FOR NOTIFYING THE CHILDREN'S PLACE ABOUT INFRINGEMENTS OF COPYRIGHTED MATERIAL. ALL OTHER INQUIRIES, SUCH AS PRODUCT- OR SERVICE-RELATED QUESTIONS AND REQUESTS, OR QUESTIONS ON PRIVACY, WILL NOT RECEIVE A RESPONSE THROUGH THIS PROCESS.

# Privacy Policy

The Children's Place collects, uses, discloses and otherwise processes personal information in accordance with its privacy policy, which is available at http://www.childrensplace.com/privacy-us and which is incorporated by this reference. The Children's Place strongly encourages you to review the privacy policy carefully.

# Disclaimers and Limitation of Liability

The Children's Place publishes information on its Site as a convenience to its visitors. While The Children's Place attempts to provide accurate and timely information, there may be inadvertent technical or factual inaccuracies and typographical errors. We reserve the right to make corrections and changes to the Site at any time without notice. The products described on the Site may not be available in your region. The Children's Place does not claim that the information on the Site is appropriate to your jurisdiction or that the products described on its Site will be available for purchase in all jurisdictions.

You assume all responsibility and risk with respect to your use of the Site, which is provided "AS IS." TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW, THE CHILDREN'S PLACE DISCLAIMS ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, WITH REGARD TO INFORMATION ACCESSED FROM OR VIA THE SITE, INCLUDING, WITHOUT LIMITATION, ALL CONTENT AND MATERIALS, FUNCTIONS AND SERVICES PROVIDED ON THE SITE, WHICH ARE PROVIDED WITHOUT WARRANTY OF ANY KIND, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES CONCERNING THE AVAILABILITY, ACCURACY, COMPLETENESS, USEFULNESS OR CONTENT OF INFORMATION, UNINTERRUPTED ACCESS AND ANY WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE CHILDREN'S PLACE DOES NOT WARRANT THAT THE SITE OR ITS FUNCTION OR THE CONTENT AND MATERIALS OR THE SERVICES MADE AVAILABLE THEREBY WILL BE TIMELY, SECURE, UNINTERRUPTED OR ERROR-FREE, OR THAT DEFECTS WILL BE CORRECTED. THE CHILDREN'S PLACE MAKES NO WARRANTY THAT THE SITE WILL MEET USERS' EXPECTATIONS OR REQUIREMENTS. NO ADVICE, RESULTS OR INFORMATION, OR MATERIALS WHETHER ORAL OR WRITTEN, OBTAINED BY YOU THROUGH THE SITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. IF YOU ARE DISSATISFIED WITH THE SITE, YOUR SOLE REMEDY IS TO DISCONTINUE USING THE SITE. ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SITE IS DONE AT YOUR OWN DISCRETION AND RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL.

The Children's Place makes no warranties of any kind regarding any non-Company sites to which you may be directed or hyperlinked from this Site. Hyperlinks are included solely for your convenience, and The Children's Place makes no warranties with regard to the accuracy, availability, suitability or safety of information provided in such non-Company sites. The Children's Place does not warrant any products or services offered or provided by or on behalf of third parties on the Site.

BECAUSE SOME STATES AND JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN WARRANTIES, THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, NEITHER THE CHILDREN'S PLACE NOR ITS AFFILIATES OR ANY OF THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, AGENTS OR CONTENT OR SERVICE PROVIDERS SHALL BE LIABLE FOR ANY DAMAGES OF ANY KIND, PURSUANT TO ANY LEGAL THEORY, ARISING FROM OR IN ANY WAY RELATED TO YOUR USE OF OR YOUR INABILITY TO USE THE SITE.

## Indemnity

To the fullest extent permitted by applicable law, you agree to defend, indemnify and hold The Children's Place, its directors, officers, employees, agents and affiliates harmless from any and all claims, liabilities, damages, costs and expenses, including reasonable attorneys' fees, in any way arising from, related to or in connection with your misuse of the Site, your violation of the Terms or the posting or transmission of any materials on or through the Site by you, including, but not limited to, any third-party claim that any information or materials you provide infringes any third-party proprietary right.

## Disputes and Mandatory Arbitration

PLEASE READ THIS SECTION CAREFULLY. IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT.

United States and Puerto Rico: To the fullest extent permitted by applicable law, any and all controversies, disputes, demands, counts, claims, or causes of action ("claim") (including but not limited to any claim relating to your use of the Site, any products or services sold or distributed by The Children's Place, any purchase from The Children's Place, or to the sale of any products or services sold or distributed by The Children's Place as well as the interpretation and scope of this clause, and the arbitrability of any claim) between you and The Children's Place shall exclusively be settled through binding and confidential arbitration, except that you or The Children's Place may take claims to small claims court if the dispute qualifies for hearing by such a court. In addition, each party retains the right to seek injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement, misappropriation or violation of a party's copyright, trademarks, trade secrets, patents or other intellectual property rights.

**There is no judge or jury in arbitration, and court review of an arbitration award is limited. YOU ACKNOWLEDGE AND AGREE THAT, APART FROM THE NARROW EXCEPTIONS ABOVE, YOU AND THE CHILDREN'S PLACE EACH WAIVE THE RIGHT TO SUE IN COURT, INCLUDING THE RIGHT TO RECEIVE A TRIAL BY JURY OR TO PARTICIPATE AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION LAWSUIT, CLASS-WIDE ARBITRATION, PRIVATE ATTORNEY-GENERAL ACTION, OR ANY OTHER REPRESENTATIVE PROCEEDING. THE ARBITRATION SHALL BE CONDUCTED ON AN INDIVIDUAL BASIS AND NOT IN A CLASS, CONSOLIDATED OR REPRESENTATIVE ACTION AND THE ARBITRATOR SHALL NOT AWARD CLASS-WIDE RELIEF.**

The arbitration shall be conducted by the Judicial Arbitration Mediation Services, Inc. ("JAMS") pursuant to the JAMS Streamlined Arbitration Rules & Procedures effective July 1, 2014 (the "JAMS Rules") and as modified by this agreement to arbitrate. The JAMS Rules, including instructions for bringing arbitration, are available at its website at http://jamsadr.com/rules-streamlined-arbitration. The Minimum Standards are available at https://www.jamsadr.com/consumer-minimum-standards or by calling 1-800-352-5267.

You and The Children's Place must abide by these rules: (a) THE ARBITRATION SHALL BE CONDUCTED ON AN INDIVIDUAL BASIS AND NOT IN A CLASS, CONSOLIDATED OR REPRESENTATIVE ACTION AND THE ARBITRATOR SHALL NOT AWARD CLASS-WIDE RELIEF; (b) The Children's Place will pay its arbitration costs as required by JAMS Rules, and in the event that you are able to demonstrate that the costs of arbitration will be prohibitive as compared to costs of litigation, The Children's Place will pay as much of your arbitration filing and hearing fees as the arbitrator deems is necessary to prevent the arbitration from being cost-prohibitive as compared to the cost of litigation; (c) the arbitrator may award any individual relief or individual remedies that are permitted by applicable law; and (d) each side pays his, her or its own attorneys' fees and costs unless the claim(s) at issue permit the prevailing party to be paid its fees and litigation costs, and in such instance, the fees and costs awarded shall be determined by the applicable law.

Notwithstanding any of the foregoing, nothing in these Terms will preclude you from bringing issues to the attention of federal, state, or local agencies and, if the law allows, they can seek relief against us for you.

## General Information

These Terms, including our Privacy Policy and My Place Rewards terms and conditions (for registered site users) constitute the entire agreement between you and The Children's Place and govern your use of the Site, and they supersede any prior agreements between you and The Children's Place. The Children's Place may terminate this Agreement and deny you access to the Site at any time,

immediately and without notice, if in The Children's Place's sole discretion you fail to comply with any provision of these Terms. The provisions relating to Disclaimers and Limitation of Liability, Indemnity, and Disputes shall survive any termination.

You agree that no joint venture, partnership, employment or agency relationship exists between The Children's Place and you as a result of this Agreement or your use of the Site.

The failure of The Children's Place to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision. The invalidity of any term, condition or provision in these Terms shall not affect the enforceability of those portions of the Terms deemed enforceable by applicable courts of law.

You may not assign the Terms or any of your rights or obligations under the Terms without The Children's Place's express written consent. The Terms inure to the benefit of The Children's Place's successors, assigns, affiliates and licensees. The section titles in these Terms are for convenience only and have no legal or contractual effect.

To contact us with any questions or concerns in connection with these Terms or the Site, or to provide any notice under these Terms to us, please refer to our Contact Us page.

## Severability

If any of the terms or conditions herein shall be deemed invalid, void, or for any reason unenforceable, that term or condition shall be deemed severable and shall not affect the validity and enforceability of any remaining term or condition.