P. CRAIG CARDON (SBN 168646)
JAY T. RAMSEY (SBN 273160)
PATRICK RUBALCAVA (SBN 335940)
**PAUL HASTINGS LLP**
1999 Avenue of The Stars, 26th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
craigcardon@paulhastings.com
jayramsey@paulhastings.com
patrickrubalcava@paulhastings.com

Attorneys for Defendant
THE CHILDREN'S PLACE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AJA BECKFORD, ZACHARY CUBAS, CHRISTINA LABAJO, and ALEXUS WALLACE, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

THE CHILDREN'S PLACE, INC.,

Defendant.

Case No. 3:24-cv-06468-CRB

*Assigned to the Hon. Charles R. Breyer*

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT THE CHILDREN'S PLACE, INC.'S MOTION TO SUBSTITUTE LAW FIRM**

**[~~PROPOSED~~] ORDER**

On October 30, 2026, Defendant The Children's Place, Inc. filed a Motion to Substitute Law Firm (the "Motion"). For good cause appearing, the Motion is hereby approved and so ORDERED.

Dated November 3, 2026

*Honorable Charles R. Breyer*
*United States District Judge*