**LYNCH CARPENTER LLP**
Matthew J. Zevin (CA 170736)
mattz@lcllp.com
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Connor J. Porzio (CA 351998)
connor@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, California 92122
Telephone: (619) 762-1910
Facsimile: (858) 313-1850

**KELLER POSTMAN LLC**
Warren D. Postman (CA 330869)
wdp@kellerpostman.com
Kiran N. Bhat (*pro hac vice* forthcoming)
kiran.bhat@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (312) 741-5220

*Attorneys for Plaintiffs*
*and Proposed Class Counsel*

Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

AJA BECKFORD, ZACHARY CUBAS, CHRISTINA LABAJO, and ALEXUS WALLACE, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

THE CHILDREN'S PLACE, INC., a Delaware corporation,

Defendant.

Case No. 3:24-cv-06468-CRB

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

Judge: Hon. Charles R. Breyer

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 7-12 and 16-2(e) and paragraph I.B.7 of this Court's General Standing Order, Plaintiffs Aja Beckford, Zachary Cubas, Christina Labajo, and Alexus Wallace ("Plaintiffs") and Defendant The Children's Place, Inc. ("Defendant" and, together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 8, 2026, the Court vacated the Case Management Conference and set a further Case Management Conference for November 13, 2026, at 8:30 a.m., with the Parties' Joint Case Management Statement due November 6, 2026 (Dkt. No. 82);

WHEREAS, on January 16, 2026, Defendant filed a Motion for Judgment on the Pleadings (Dkt. No. 56);

WHEREAS, after full briefing, the Court held a hearing and denied Defendant's Motion for Judgment on the Pleadings (Dkt. Nos. 65, 70);

WHEREAS, on April 15, 2026, Defendant filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit, seeking review only of the portions of the Court's order pertaining to the California litigation privilege, Cal. Civ. Code § 47(b) (Dkt. No. 73); *see Beckford v. The Children's Place, Inc.*, No. 26-2473 (9th Cir.);

WHEREAS, on April 28, 2026, the Ninth Circuit directed the parties to address in their briefs whether the Ninth Circuit has jurisdiction over the appeal (9th Cir. Dkt. No. 4.1);

WHEREAS, Defendant filed its opening brief on August 7, 2026 (9th Cir. Dkt. No. 11.1), and Plaintiffs filed their answering brief on October 23, 2026 (9th Cir. Dkt. No. 16.1), and both briefs address the jurisdictional question;

WHEREAS, Defendant's reply brief is currently due December 14, 2026 (9th Cir. Dkt. No. 20), and appellate briefing on the jurisdictional question will therefore not be complete until after the currently scheduled Case Management Conference;

WHEREAS, the Parties disagree as to whether Defendant's appeal divests this Court of jurisdiction over the proceedings pending appeal, and the Ninth Circuit's resolution of whether it has jurisdiction over the appeal will bear directly on whether, and on what schedule, this action proceeds in this Court;

WHEREAS, until the Ninth Circuit resolves the jurisdictional question, the Parties do not anticipate being able to propose a meaningful case schedule, and the Parties' respective positions on the matters to be addressed in a Joint Case Management Statement are not expected to change materially before then;

WHEREAS, the Parties therefore submit that good cause exists to continue the Case Management Conference by approximately three months, which will conserve the resources of the Court and the Parties and allow the Parties to submit a more useful Joint Case Management Statement once appellate briefing is complete, and the jurisdictional question is closer to resolution;

WHEREAS, this Stipulation is not sought for purposes of delay, and is entered into without prejudice to, and without waiver of, any Party's position regarding whether this Court has been divested of jurisdiction or whether proceedings in this action are stayed pending appeal, and does not affect any matter referred to Magistrate Judge Sallie Kim (Dkt. Nos. 78–80);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, and respectfully request that the Court order as follows:

1. The Case Management Conference set for November 13, 2026, at 8:30 a.m. shall be continued to February 12, 2027, at 8:30 a.m., or to another date and time thereafter convenient for the Court;

2. The deadline for the Parties to file a Joint Case Management Statement shall be continued to seven (7) days before the continued Case Management Conference; and

3. If the Ninth Circuit resolves whether it has jurisdiction over Defendant's appeal before the continued Case Management Conference, the Parties shall file a joint status report within fourteen (14) days of that ruling.

IT IS SO STIPULATED.

Dated: November 5, 2026

**LYNCH CARPENTER, LLP**

By: */s/ Matthew J. Zevin*

Matthew J. Zevin (CA 170736)
mattz@lcllp.com
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Connor J. Porzio (CA 351998)
connor@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, California 92122
Telephone: 619.762.1910
Facsimile: 858.313.1850

*Attorneys for Plaintiffs and Proposed Class Counsel*

Dated: November 5, 2026

**PAUL HASTINGS LLP**

By: */s/ P. Craig Cardon*

P. CRAIG CARDON (SBN 168646)
JAY T. RAMSEY (SBN 273160)
PATRICK RUBALCAVA (SBN 335940)
1999 Avenue of The Stars, 26th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
craigcardon@paulhastings.com
jayramsey@paulhastings.com
patrickrubalcava@paulhastings.com

*Attorneys for Defendant*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: November 4, 2026

*/s/Matthew J. Zevin*
Matthew J. Zevin

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: November 6, 2026

Hon. Charles R. Breyer
United States District Judge